# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DANA L. CASELLI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 1:11-CV-02418-RWS |
| | ) | |
| PHH MORTGAGE CORPORATION | ) | |
| d/b/a COLDWELL BANKER | ) | |
| MORTGAGE, a/k/a PHH MORTGAGE | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S SECOND MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Plaintiff, Dana L. Caselli ("Plaintiff"), by and through her undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 65, files this Second Motion for Preliminary Injunction ("Second Motion").

Through this Second Motion, Plaintiff requests that this Court issue a preliminary injunction directing Defendant PHH Mortgage Corporation d/b/a Coldwell Banker Mortgage, a/k/a PHH Mortgage Services ("Defendant") to cease and desist from incorrectly and adversely reporting the status of the Plaintiff's loan held by Defendant to consumer credit reporting bureaus. Plaintiff asserts that she

1

meets the standards required for this Court to issue a preliminary injunction, namely that she will suffer irreparable harm if such relief is not granted and that she is likely to prevail on the merits in this matter.

Plaintiff notes that she filed a request seeking an "Interlocutory Injunction" in her verified Complaint and verified Amended Complaint that was filed in the Superior Court of Cobb County, Georgia prior to the Defendant's removal of this action. Plaintiff shall refer to such pending request as her First Motion for Preliminary Injunction ("First Motion").

Through her First Motion, Plaintiff seeks a preliminary injunction from this Court directing Defendant to preserve the status quo by prohibiting it from transferring Plaintiff's property, including but not limited to prohibiting such action as conducting a future foreclosure sale of the property. Plaintiff asserts that she also meets the required standards for this Court to issue this preliminary injunction, namely that she will suffer irreparable harm if such relief is not granted and that she is likely to prevail on the merits in this matter.

Plaintiff requests that this Court grant the preliminary injunctions requested herein to apply for the duration of the litigation.

In support of her First Motion and Second Motion, Plaintiff submits herewith her ***Memorandum in Support of Plaintiff's First and Second Motions for Preliminary Injunction.***

Respectfully submitted this 4th day of August, 2011.

/s/ Brian M. Annino
Brian M. Annino, Esq.
Georgia Bar No. 841250
Annino Law Firm, LLC
707 Whitlock Ave, Suite H13
Marietta, GA 30064
Tel. (404) 934-5978
Fax (404) 631-6289

Attorney for the Plaintiff

## CERTIFICATION OF TYPE SIZE AND STYLE

This Motion and accompanying Memorandum submitted by Plaintiff are printed in 14-point Times New Roman font, in compliance with LR 5.1C, NDGa.

/s/ Brian M. Annino
Brian M. Annino, Esq.
Georgia Bar No. 841250
Annino Law Firm, LLC
707 Whitlock Ave, Suite H13
Marietta, GA 30064
Tel. (404) 934-5978
Fax (404) 631-6289

Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Plaintiff's Second Motion for Preliminary Injunction* with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system:

Steven J. Flynn, Esq.
J. Thomas Howell, Esq.
McCalla Raymer, LLC
Six Concourse Parkway, Suite 2800
Atlanta, GA  30328

Attorneys for the Defendant

This, the 4th day of August, 2011.

/s/ Brian M. Annino
Brian M. Annino, Esq.
Georgia Bar No. 841250
Annino Law Firm, LLC
707 Whitlock Ave, Suite H13
Marietta, GA 30064
Tel. (404) 934-5978
Fax (404) 631-6289

Attorney for the Plaintiff
