**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DANA L. CASELLI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:11-CV-2418-RWS |
| PHH MORTGAGE : | |
| CORPORATION, d/b/a : | |
| COLDWELL BANKER : | |
| MORTGAGE, a/k/a PHH : | |
| MORTGAGE SERVICES, : | |
| : | |
| Defendant. : | |

## **ORDER**

This case is before the Court for consideration of Defendant's Motion to Stay Discovery and Pretrial Deadlines [8]. In the Motion, Defendant requests that the Court stay deadlines until the Court rules on Defendant's pending Motion to Dismiss [7]. Plaintiff has filed a Response [11] in opposition to the Motion urging that the parties be allowed to proceed with discovery so that the case can be concluded as soon as possible. While the Court understands Plaintiff's desire to see the issues in the case resolved as soon as possible, the Court finds that it is proper to stay pretrial proceedings until the Court rules on

the pending Motion to Dismiss.  However, to avoid Plaintiff suffering undue prejudice as a result of the delay, the Court will also order that Defendant take no action seeking to transfer Plaintiff's property, whether through foreclosure sale or otherwise, until further order of the Court.

Based on the foregoing, Defendant's Motion [8] is hereby **GRANTED**. The obligations of the parties to conduct a Rule 26 conference, serve initial disclosures, file a joint preliminary report and discovery plan, and participate in discovery are **STAYED** until the Court rules on the pending Motion to Dismiss. It is further **ORDERED** that Defendant take no action to transfer the property of Plaintiff, whether by foreclosure sale or otherwise, until further order of the Court.

**SO ORDERED**, this __18th__ day of August, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)