# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANA L. CASELLI ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 1:11-CV-02418-RWS |
| ) | |
| PHH MORTGAGE CORPORATION ) | |
| d/b/a COLDWELL BANKER ) | |
| MORTGAGE, a/k/a PHH MORTGAGE ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Plaintiff, Dana L. Caselli ("Plaintiff"), by and through her undersigned counsel, and, pursuant to LR 7.1A and 67.1A(1), NDGa., files this Motion for Leave into Deposit Funds to the Court's Registry ("Motion")

## INTRODUCTION

Through this Motion, Plaintiff requests that this Court issue an Order authorizing Plaintiff to make monthly payments pursuant to the Loan Modification ("Modification") at issue between the parties into the registry of this Court. A

1

copy of the Modification is attached to the Complaint as Exhibit "E" and incorporated herein by reference.

Plaintiff's counsel sent inquiries to Defendant's counsel on July 26, 2011 and August 19, 2011 seeking their consent to Plaintiff making such payments to the registry of this Court, but has not received a response as of the filing of Motion.

## **BACKGROUND**

Plaintiff filed her Response in Opposition to Defendant's First Motion to Dismiss and supporting Memorandum on August 12, 2011 (Docket Entry No. 10). In that Memorandum, Plaintiff sets forth the facts and procedural posture in detail regarding this matter (See Pl.'s Mem. Opp. Mot. Dis., pp. 2-8)  Rather than restating all facts herein, Plaintiff respectfully refers this Court to Plaintiff's Memorandum for review of the facts and posture in detail.

A principal issue in this case is the validity and enforceability of the Modification.  Plaintiff's contention is that the Modification remains valid and enforceable.  (See generally, Pl.'s Mem. Opp. Mot. Dis.)  Defendant's contention is that the Modification is somehow not enforceable and the terms of the original loan documents control, thereby requiring Plaintiff to pay Defendant the amount owed thereto.  (See generally, Def.'s Mem. Supp. Mot. Dis. (DE 11))

This matter was removed to this Court from Cobb County Superior Court on July 22, 2011.  Prior to such removal, Judge G. Conley Ingram issued an Order requiring, *inter alia*, that Plaintiff pay into the Cobb County Clerk of Superior Court ("Superior Court Clerk") the amount necessary to become current on the Modification.  Plaintiff is in compliance with the Order and has paid in to the Superior Court Clerk the monthly Modification payments owed through August 1, 2011.

## **ARGUMENT**

Plaintiff desires to continue to make her Modification payments.  Each party acknowledges that Plaintiff is required to pay money to Defendant on a monthly basis.  Plaintiff and Defendant disagree as to the amount of the monthly payment, as this issue is directly related to the validity and enforceability of the Modification.

However, the parties seemingly agree that Plaintiff is required to at least pay to Defendant the monetary sum pursuant to the Modification.

Therefore, Plaintiff seeks an Order from this Court pursuant to LR 67.1A(1), NDGa. authorizing Plaintiff to tender to the registry of this Court on a monthly basis the amount required to remain current pursuant to the Modification and that such Order remain in effect for the pendency of this litigation.

Respectfully submitted this 19th day of August, 2011.

                                            /s/ Brian M. Annino
                                            Brian M. Annino, Esq.
                                            Georgia Bar No. 841250
                                            Annino Law Firm, LLC
                                            707 Whitlock Ave, Suite H13
                                            Marietta, GA 30064
                                            Tel. (404) 934-5978
                                            Fax (404) 631-6289

                                            Attorney for the Plaintiff

**CERTIFICATION OF TYPE SIZE AND STYLE**

This Motion and accompanying Memorandum submitted by Plaintiff are printed in 14-point Times New Roman font, in compliance with LR 5.1C, NDGa.

/s/ Brian M. Annino
Brian M. Annino, Esq.
Georgia Bar No. 841250
Annino Law Firm, LLC
707 Whitlock Ave, Suite H13
Marietta, GA 30064
Tel. (404) 934-5978
Fax (404) 631-6289

Attorney for the Plaintiff

# CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Plaintiff's Motion for Leave to Deposit Funds into the Court's Registry and Memorandum in Support Thereof* with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorneys of record, each of whom is a registered participant in the Court's electronic notice and filing system:

Steven J. Flynn, Esq.
J. Thomas Howell, Esq.
McCalla Raymer, LLC
Six Concourse Parkway, Suite 2800
Atlanta, GA 30328

Attorneys for the Defendant

This, the 19th day of August, 2011.

/s/ Brian M. Annino
Brian M. Annino, Esq.
Georgia Bar No. 841250
Annino Law Firm, LLC
707 Whitlock Ave, Suite H13
Marietta, GA 30064
Tel. (404) 934-5978
Fax (404) 631-6289

Attorney for the Plaintiff